**BRIAN BOYNTON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
**SARAH S. WILSON**
Assistant Director
Office of Immigration Litigation, Civil Division
**ANTHONY J. MESSURI**
Trial Attorney
Office of Immigration Litigation, Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 2044
(202) 616-2872
Anthony.Messuri@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEVER ALBERTO MENDOZA LINARES,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, United States Attorney General, et al.,<br><br>Respondents. | Case No.: 3:21-cv-01169-BEN-AHG<br><br>**TABLE OF EXHIBITS** |

| Exhibits: | Pages: |
|---|---|
| Ex. 1-Record of Deportable/Inadmissible Alien, dated February 12, 2020 | 1-3 |
| Ex. 2-El Salvador Arrest Warrant-Original, dated October 2019 | 4-5 |
| Ex. 3-El Salvador Arrest Warrant-English Translated, dated October 2019 | 6-7 |
| Ex. 4- Notice and Order of Expedited Removal, dated February 12, 2020 | 8 |
| Ex. 5- Record of Negative Credible/Reasonable Fear Finding, dated April 7, 2020 | 9 |
| Ex. 6- Final Order of Removal, dated May 27, 2020 | 10 |
| Ex. 7- PACER Docket Report Summary-Ninth Circuit Docket No. 20-71582, dated May 2, 2022 | 11-18 |

Ex. 8-Board of Immigration Appeals Decision, dated October 20, 2021    19-20

Ex. 9-Hever Alberto Mendoza-Linares Immunization Series Record,
    dated April 25, 2022    21