Uploaded on: 1/11/2021 at 0:24:42 PM (Pacific Standard Time) - Base City: OTM
Case 3:21-cv-01169-BEN-AHG   Document 7-2   Filed 05/06/22   PageID.101   Page 1 of 3

1

| U.S. Department of Homeland Security | Subject ID: 367872035 | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|

| Family Name (CAPS) MENDOZA-LINARES, HEVER ALBERTO | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|
| Country of Citizenship EL SALVADOR | Passport Number and Country of Issue | File Number CASE No: CAO2002000085 A213 209 821 | Height 67 | Weight 165 | Occupation LABORER | |
| U.S. Address IN DHS CUSTODY | | | Scars and Marks See Narrative | | | |
| Date, Place, Time, and Manner of Last Entry 02/10/2020, 2050, 18 mile(s) E of TEC, PWA (AFOOT) | Passenger Boarded at | | F B I Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence CALLE SIN NOMBRE SAN MIGUEL, SAN MIGUEL, EL SALVADOR | | | Method of Location/Apprehension PB | | | |
| Date of Birth 04/18/1986   Age: 33 | Date of Action 02/12/2020 | Location Code SDC/CAO | At/Near BOULEARD, CA | Date/Hour 02/10/2020 2130 | | |
| City, Province (State) and Country of Birth SAN MIGUEL, EL SALVADOR | AR ☒ Form (Type and No.) Lifted ☐ Not Lifted ☐ | | By DREW TATHAM | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known See Narrative | | | Mother's Present and Maiden Names, Nationality, and Address, if Known See Narrative | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Word(s) I7A1 | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | | Salary Hr | Employed from/to | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: 1302817942          I77 #: 8782755

Left Index Print

Right Index Print

ARREST COORDINATES:
--------------------
Latitude:  32.60867
Longitude: -116.33124

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA

Alien has been advised of communication privileges    02/12/2020 (Date/Initials)

SANTIAGO MELENDREZ
Border Patrol Agent
(Signature and Title of Immigration Officer)

| Distribution Original to "A" File Copy to SDC/PROS Copy to SDC/CAO Intel | Received: (Subject and Documents) (Report of Interview) Officer SANTIAGO MELENDREZ on February 12, 2020 at 0234  (time) Disposition Expedited Removal (I-860) Examining Officer: ROSIE TREADWAY |
|---|---|

Form I-213 (Rev. 08/01/07) Y

Uploaded on: 1/11/2021 at 0:26:42 BFN (Pacific Standard Time) Base City: OTM
Case 3:21-cv-01169-BEN-KSC   Document 7-2   Filed 05/06/22   PageID.102   Page 2 of 3

| U.S. Department of Homeland Security | | Continuation Page for Form | I213 |
|---|---|---|---|
| Alien's Name<br>MENDOZA-LINARES, HEVER ALBERTO | File Number<br>A213 209 821<br>Event No:CAO2002000085 | | Date<br>02/12/2020 |

Program:        ENV


SCARS, MARKS, AND TATTOOS:
--------------------------
TATTOO BACK
TATTOO CALF, LEFT
TATTOO FOREARM, LEFT

FATHER NAME AND ADDRESS:
------------------------
Nationality:EL SALVADOR MENDOZA, ALBERTO
SFA

MOTHER NAME AND ADDRESS:
------------------------
Nationality:EL SALVADOR LINARES, SARANOIME
SFA

FUNDS IN POSSESSION:
--------------------
United States Dollar 20.00  *HAML*

RECORDS CHECKED:
----------------
ABIS Positive
EARM Negative
IAFIS Positive
NCIC Negative
TECS Positive

NARRATIVE:
----------
On February 10, 2020, Hever Alberto MENDOZA-Linares, was encountered by Border Patrol Agent Drew Tatham, and taken into custody. MENDOZA was transported to the Campo Station for further processing.

Border Patrol Agent Drew Tatham's statement is documented in the attached G-166C.

At the station, as a routine step in processing, MENDOZA's biographical and biometric information were entered into the Department of Homeland Security processing systems. The following numbers are associated with MENDOZA:

A#:     213209821
FINS#:  1302817942
FBI#:   ▮▮▮▮▮▮▮▮▮▮

| Signature<br>SANTIAGO MELENDREZ | Title<br>Border Patrol Agent |
|---|---|

Uploaded on: 1/11/2021 at 01:26:42 PM (Pacific Standard Time) Base City: OTM
Case 3:21-cv-01169-BEN-AHG Document 7-2 Filed 05/06/22 PageID.103 Page 3 of 3

| U.S. Department of Homeland Security | | Continuation Page for Form | I213 |
|---|---|---|---|
| Alien's Name<br>MENDOZA-LINARES, HEVER ALBERTO | File Number<br>A213 209 821<br>Event No:CAO2002000085 | | Date<br>02/12/2020 |

As MENDOZA was received at the processing station, protocols were observed in compliance with the CBP National Standards on Transport, Escort, Detention, and Search policy. A risk assessment was conducted prior to placing MENDOZA in a holding room. MENDOZA expressed no concerns about being held in the facility.

MENDOZA was informed that it is a crime to lie to federal agents, and that he is subject to criminal prosecution under 18 USC 1001 if it is determined that he gave false statements.

MENDOZA appears to have a warrant issued out of San Salvador, El Salvador.

On February 12, 2020, Border Patrol Agent Santiago Melendrez advised MENDOZA of his consulate communication rights at approximately 12:25 am, MENDOZA stated that he understood his rights and did not want to exercise them at this time.

MENDOZA again admitted to being a citizen and national of El Salvador without proper immigration documents allowing him to enter or remain in the United States legally. MENDOZA further stated that he was not inspected by an Immigration Officer at a designated Port of Entry when he entered the United States illegally afoot on February 10, 2020.

MENDOZA claimed no fear of torture or persecution if returned to El Salvador.

MENDOZA was served with DHS forms I-867 A, I-867 B, I-860, and I-296.

MENDOZA is being held in the custody of the Department of Homeland Security pending Expedited Removal proceedings.

El Salvador has confirmed warrants of arrest
*Violation of Protection Order
*Murder
*Rape
Issued in San Miguel on October 3,2019- REF. 09-2019-PN-R3, OFFICO 4055/2019

| Signature<br>SANTIAGO MELENDREZ | Title<br>Border Patrol Agent |
|---|---|

3 of 3 Pages