JUZGADO ESPECIALIZADO DE INSTRUCCIÓN PARA UNA VIDA LIBRE DE VIOLENCIA
Y DISCRIMINACIÓN PARA LAS MUJERES, SAN MIGUEL

REF: REF: 09-2019-PN-R3   Y 37-PN-2019 R4

San Miguel, 03 de Octubre de 2019.

Oficio N° 4,055/2019.
SEÑOR JEFE
POLICÍA NACIONAL CIVIL
SAN MIGUEL

Orden de Captura
11-10-19

374877

Atentamente le solicito ordenar a quien corresponda, hacer efectiva la captura del imputado: HEVER ALBERTO MENDOZA LINARES de treinta y dos años de edad, soltero, hijo de Alberto Ulises Mendoza Murillo y de Sara Nohemí Linares con residencia Colonia Rio Grande casa N°154-A o en Colonia Ciudad Pacifica polígono tres casa número setenta y siete de esta ciudad, con Documento de Identidad número: 03543345-8 a quien se le atribuyen los delitos de **DESOBEDIENCIA EN CASO DE MEDIDAS CAUTELARES O DE PROTECCIÓN**, previsto y sancionado en el artículo trescientos treinta y ocho guión A del Código Penal, en perjuicio de **LA ADMINISTRACION PUBLICA** resultando como afectada directa la señora "N.L.M.A"; **VIOLACION AGRAVADA**, previsto y sancionado en el artículo ciento cincuenta y ocho relacionado con el ciento sesenta y dos número seis del Código Penal y **FEMINICIDIO AGRAVADO EN GRADO DE TENTATIVA**, previsto y sancionado en los artículos cuarenta y cinco literal a), b) y c) relacionado con el cuarenta y seis literal e) de la Ley Especial Integral para una Vida Libre de Violencia para las Mujeres y el veinticuatro del Código Penal, en perjuicio de la señora "N.L.M.A".

Lo anterior en virtud de habérsele declarado REBELDE en resolución emitida a once horas con cincuenta y cinco minutos del día veinticinco de septiembre del año dos mil diecinueve. Siendo necesaria la aprehensión del mismo a fin de continuar el trámite del proceso. Así mismo al hacerla efectiva remitir a dicho imputado a este Juzgado.

Petición que hago para los efectos legales correspondientes.

DIOS UNION LIBERTAD

Licda. Dora Elsy Morales Rivas.
Jueza Especializada de Instrucción para una Vida Libre
de Violencia y Discriminación para las Mujeres, San Miguel.

POLICIA NACIONAL CIVIL
DEPARTAMENTO DE REGISTRO Y CONTROL
DE DISPOSICIONES JUDICIALES

0800
10 OCT 2019
Fecha:

**JUZGADO ESPECIALIZADO DE INSTRUCCIÓN PARA UNA VIDA LIBRE DE VIOLENCIA Y DISCRIMINACIÓN PARA LAS MUJERES, SAN MIGUEL** 

REF: REF: 09-2019-PN-R3   Y 37-PN-2019 R4

San Miguel, 03 de Octubre de 2019.

Oficio N° 4054/2019.
SEÑOR DIRECTOR GENERAL
POLICÍA NACIONAL CIVIL
SAN SALVADOR.

Orden de Captura
16-10-19

374877 obsJ

Atentamente le solicito ordenar a quien corresponda, hacer efectiva la captura del imputado: HEVER ALBERTO MENDOZA LINARES de treinta y dos años de edad, soltero, hijo de Alberto Ulises Mendoza Murillo y de Sara Nohemí Linares con residencia Colonia Rio Grande casa N° 154-A o en Colonia Ciudad Pacifica poligono tres casa número setenta y siete de esta ciudad, con Documento de Identidad número: 03343345-9 a quien se le atribuyen los delitos de DESOBEDIENCIA EN CASO DE MEDIDAS CAUTELARES O DE PROTECCIÓN, previsto y sancionado en el articulo trescientos treinta y ocho guion A del Código Penal, en perjuicio de LA ADMINISTRACION PUBLICA resultando como afectada directa la señora "N.L.M.A"; VIOLACION AGRAVADA, previsto y sancionado en el articulo ciento cincuenta y ocho relacionado con el ciento sesenta y dos número seis del Código Penal y FEMINICIDIO AGRAVADO EN GRADO DE TENTATIVA, previsto y sancionado en los articulos cuarenta y cinco literal a), b) y c) relacionado con el cuarenta y seis literal e) de la Ley Especial Integral para una Vida Libre de Violencia para las Mujeres y el veinticuatro del Código Penal, en perjuicio de la señora "N.L.M.A". Lo anterior en virtud de habérsele declarado REBELDE en resolución emitida a once horas con cincuenta y cinco minutos del dia veinticinco de septiembre del año dos mil diecinueve. Siendo necesaria la aprehensión del mismo a fin de continuar el tramite del proceso. Asi mismo al hacerse efectiva remitir a dicho imputado a este Juzgado.

Petición que hago para los efectos legales correspondientes.

DIOS UNIÓN LIBERTAD.

Licda. Dora Elsy Morales Rivas.
Jueza Especializada de Instrucción para una Vida Libre de Violencia y Discriminación para las Mujeres, San Miguel.

DIRECCION GENERAL
POLICIA NACIONAL CIVIL
DOCUMENTO RECIBIDO
0 8 OCT 2019

POLICIA NACIONAL CIV
DEPARTAMENTO DE REGISTRO Y CONT
DE DISPOSICIONES JUDICIALES
Recibido: Dora
Hora: 0816
Fecha: 1 5 OCT 2019

Dirección: 8ª Calle Poniente #309 5° San Felipe de la Ciudad de San Miguel, El Salvador. Telefax: 2661-0822

CONTROL DE CALIDAD

PROCESADO