SAN MIGUEL SPECIAL MAGISTRATES' COURT FOR A LIFE FREE FROM VIOLENCE AND DISCRIMINATION FOR WOMEN
================================================================================

Reference: REF: 09-2019-PN-R3 and 37-PN-2019 R4

San Miguel, *October 03*, 2019.

Official communication No. *4,055 / 2019*.
DIRECTOR GENERAL
NATIONAL CIVIL POLICE
SAN MIGUEL

*Arrest Warrant*
*10-11-19*
[signature]

*374877*

    I hereby respectfully request that you order the corresponding parties <u>to carry out the arrest of the following suspect</u>: HEVER ALBERTO MENDOZA LINARES, 32 years old; single; the son of Alberto Ulises Mendoza Murillo and Sara Nohemi Linares; residing in Colonia Rio Grande, house No. 154-A, or in Colonia Ciudad Pacifica, unit three, house number seventy-seven in this city; bearer of Identity Document number 03543345-8; charged with the crimes of NON-COMPLIANCE WITH PRECAUTIONARY OR PROTECTIVE MEASURES, foreseen and sanctioned in article three hundred and thirty-eight dash A of the Criminal Code, to the detriment of THE PUBLIC ADMINISTRATION, the direct victim being Ms. 'N.L.M.A;' AGGRAVATED RAPE, foreseen and sanctioned in article one hundred and fifty-eight in connection with article one hundred and sixty-two, section six, of the Criminal Code; and ATTEMPTED AGGRAVATED FEMICIDE, foreseen and sanctioned in articles forty-five, sections a), b), and c), in connection with article forty-six, section e), of the Special Comprehensive Law for a Life Free from Violence for Women, and article twenty-four of the Criminal Code, to the detriment of Ms. 'N.L.M.A.'

    The foregoing is because he was declared 'IN CONTEMPT OF COURT' by means of a decision issued at eleven hours and fifty-five minutes on the twenty-fifth day of September in the year two thousand nineteen. The arrest of said individual is necessary for the continuation of his prosecution. Therefore, please refer said suspect to this court upon his arrest.

    I make this request for all pertinent legal effects.

[illegible stamp]

GOD UNION LIBERTY

[signature]

Dora Elsy Morales Rivas
Special Magistrates' Court for a Life Free
from Violence and Discrimination for Women, San Miguel

NATIONAL CIVIL POLICE
DEPARTMENT FOR REGISTRATION AND
CONTROL OF JUDICIAL ORDERS
[illegible]
Time   *08:00 hrs.*
Date   OCT 10, 2019

[stamped on left margin: PROCESSED, QUALITY CONTROL]

SAN MIGUEL SPECIAL MAGISTRATES' COURT FOR A LIFE FREE FROM VIOLENCE AND DISCRIMINATION FOR WOMEN     [illegible emblem]

===============================================================================

Reference: REF: 09-2019-PN-R3 and 37-PN-2019 R4

San Miguel, *October 03*, 2019.

Official communication No. *4,054 / 2019*.
DIRECTOR GENERAL
NATIONAL CIVIL POLICE
SAN SALVADOR

*Arrest Warrant*
10-16-19
[signature]

*374877* [illegible]

      I hereby respectfully request that you order the corresponding parties <u>to carry out the arrest of the following suspect</u>: HEVER ALBERTO MENDOZA LINARES, 32 years old; single; the son of Alberto Ulises Mendoza Murillo and Sara Nohemi Linares; residing in Colonia Rio Grande, house No. 154-A, or in Colonia Ciudad Pacifica, unit three, house number seventy-seven, in this city; bearer of Identity Document number 03543345-8. He is charged with the crimes of NON-COMPLIANCE WITH PRECAUTIONARY OR PROTECTIVE MEASURES, foreseen and sanctioned in article three hundred and thirty-eight dash A of the Criminal Code, to the detriment of the PUBLIC ADMINISTRATION, the direct victim being Ms. 'N.L.M.A;' AGGRAVATED RAPE, foreseen and sanctioned in article one hundred and fifty-eight in connection with article one hundred and sixty-two, section six, of the Criminal Code; and ATTEMPTED AGGRAVATED FEMICIDE, foreseen and sanctioned in articles forty-five, sections a), b), and c), in connection with article forty-six, section e), of the Special Comprehensive Law for a Life Free from Violence for Women, and article twenty-four of the Criminal Code, to the detriment of Ms. 'N.L.M.A.'

The foregoing is because he was declared 'IN CONTEMPT OF COURT' by means of a decision issued at eleven hours and fifty-five minutes on the twenty-fifth day of September in the year two thousand nineteen. The arrest of said individual is necessary for the continuation of his prosecution. Therefore, please refer said suspect to this court upon his arrest.

I make this request for all pertinent legal effects.

                                                  DIRECTORATE GENERAL
                                                  NATIONAL CIVIL POLICE
                                                  DOCUMENT RECEIVED
                                          Name  OCT 08, 2019
                                          Date  [illegible]  Time  *11:00 hrs*.

GOD  UNION  LIBERTY

[illegible stamp]              [signature]

Dora Elsy Morales Rivas
Special Magistrates' Court for a Life Free
from Violence and Discrimination for Women, San Miguel

                                                                               NATIONAL CIVIL POLICE
                                                            DEPARTMENT FOR REGISTRATION AND
                                                            CONTROL OF JUDICIAL ORDERS
                                                            Received    [illegible]
                                                            Time    *08:18* hrs.
                                                            Date   OCT 15, 2019

_____
Address: 8ª Calle Poniente 4309 5º San Felipe in the city of San Miguel, El Salvador.  Telefax: 2661-0822

[stamped over text: 52, DG (*Dirección General* - Directorate General)]

[stamped on left margin: PROCESSED, QUALITY CONTROL]