U.S. Department of Homeland Security

**Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY   Event No: CA02002000085

File No: A213 209 821

Date: February 12, 2020

In the Matter of: HEVER ALBERTO MENDOZA-LINARES

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act. You are not a citizen or national of the United States. You are a native El Salvadorian and citizen of El Salvador, and on February 10, 2020, you illegally entered the United States by jumping over the international border fence at/near Tecate, California, and you were not inspected by an Immigration Officer.

SANTIAGO MELENDREZ

Border Patrol Agent
Name and title of immigration officer (Print)

Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

SANTIAGO MELENDREZ

Border Patrol Agent
Name and title of immigration officer (Print)

Signature of immigration officer

STEPHANIE SCANTLIN

(A) WATCH COMMANDER
Name and title of supervisor (Print)

Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

---

### CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on _02/12/2020_
(Date)

Signature of immigration officer

Form I-860 (Rev 08/01/07)

FOIA – 4 of 47

000022