Case 3:21-cv-01169-BEN-AHG, Document 7-D Filed 08/06/21 PageID.209 Page 21 of 651
Case 3:21-cv-01169-BEN-AHG, Document 7-D Filed 08/06/21 PageID.209 Page 21 of 651
Uploaded on: 5/19/2020 at 11:56:28 a.. Pacific Daylight Time) Base City: OTM

| U. S. Department of Homeland Security<br>U.S. Citizenship and Immigration Services | Record of Negative Credible/Reasonable Fear Finding and Request For Review by Immigration Judge for Aliens Barred From Asylum Pursuant to 8 CFR 208.13(c)(4) |
|---|---|

Alien File Number: 213 209 821

1. **To be explained to the alien by the asylum officer:**

A. U.S. Citizenship and Immigration Services (USCIS) has determined that you are an alien described in 8 CFR 208.13(c)(4) and therefore, you have not established a credible fear because you cannot show a significant possibility of establishing eligibility for asylum.

B. You have not established a reasonable fear with respect to your application for withholding of removal under INA 241(b)(3) or withholding or deferral of removal under the Convention Against Torture pursuant to 8 CFR 208.16 for the following reason(s):

☒ You have not established a reasonable fear of persecution in a country to which you have been ordered removed because:
- ☐ You have not indicated that you were harmed in the past and you have not expressed fear of future harm.
- ☒ There is no reasonable possibility that the harm you experienced and/or the harm you fear is on account of your race, religion, nationality, political opinion, or membership in a particular social group.
- ☐ You have not indicated that you were harmed in the past, or there is no reasonable possibility that the past harm or the harm you fear in the future constitutes persecution.
- ☐ There is no reasonable possibility that you would suffer the harm you fear.
- ☐ You could reasonably avoid persecution by relocating within your country.

**AND**

☒ You have not established a reasonable fear of torture in a country to which you may be removed because you have not established that there is a reasonable possibility that:
- ☐ You would suffer severe physical or mental pain or suffering.
- ☐ The harm you fear would be specifically intended to inflict severe physical or mental pain or suffering.
- ☒ The harm you fear would be inflicted by or at the instigation of, or with the consent or acquiescence of, a public official or other person acting in an official capacity.
- ☐ The harm you fear would be inflicted while you are in the custody or physical control of the offender.
- ☐ The harm you fear would not arise only from, would not be inherent in, and would not be incidental to, lawful sanctions.

C. ☐ Considering the totality of the circumstances and all relevant factors, you have not established that your testimony is credible.

Therefore, you are ordered removed from the United States. You may request that an Immigration Judge review this decision.

If you request that an Immigration Judge review this decision, you will remain in detention until an Immigration Judge reviews your case. That review could occur as long as 7 days after you receive this decision.

If you indicate below that do not request that an Immigration Judge review the decision, you may be removed from the United States immediately.

2. **To be completed by the alien:**

☒ Yes, I request Immigration Judge review of the decisions that I do not have a credible fear of persecution or torture and that I do not have a reasonable fear of persecution or torture.

☐ No, I do not request Immigration Judge review of the decisions that I do not have a credible fear of persecution or torture and that I do not have a reasonable fear of persecution or torture.

| Mendoza-Linares | HEVER | |
|---|---|---|
| Applicant's Last Name/ Family Name (Print) | Applicant's First Name (Print) | Applicant's Signature |
| BHATTI | BASSIRAT-IA | 4/7/2020 |
| Asylum Officer's Last Name (Print) | Asylum Officer's First Name (Print) | Date |

The contents of this form were read and explained to the applicant in the **SPANISH** language.

Interpreter used: **YES**
By telephone (list interpreter service / ID number used **LL#257923** ).

In person (I, _____, certify that I am fluent in both the _____ and English languages. I interpreted the above information completely and accurately to the alien.)

Interpreter's Signature     Date

EOIR - 3 of 47

Form I-869A (7/16/19)

000021