IMMIGRATION COURT
7488 CALZADA DE LA FUENTE
SAN DIEGO, CA  92154

In the Matter of:                               Case No:  A213-209-821
MENDOZA-LINARES, HEVER ALBERTO
 Applicant

CREDIBLE FEAR REVIEW PROCEEDINGS
ORDER OF THE IMMIGRATION JUDGE

A review of the Department of Homeland Security's (DHS) Credible Fear Determination was held in this matter. Testimony [✱] was [ ] was ~~not~~ taken regarding the Applicant's background and the Applicant's fear of returning to his/her country of origin or last habitual residence.

After de novo consideration of the evidence, the court finds that the Applicant [✱] is [ ] ~~is not~~ subject to the third-country-transit asylum eligibility bar, 8 C.F.R. § 1208.13(c)(4), as an alien who entered, attempted to enter, or arrived in the United States across the southern land border of the United States on or after July 16, 2019, who did not apply for protection from persecution or torture in at least one country outside the alien's country of citizenship, nationality, or last lawful habitual residence en route to the United States, and who is not a "victim of a severe form of trafficking" as defined  by 8 C.F.R. § 214.11

After de novo consideration of the evidence, the court finds that:
   [ ] The Applicant [ ] has [ ] has not established a significant
       possibility that the alien could establish eligibility for asylum,
       withholding of removal, or protection under the Convention Against
       Torture. 8 C.F.R. §§ 1003.42(d)(1), 1208.30(g)(2)(iv)(A)-(C).

   [✱] The Applicant, who is subject to the third-country-transit
       asylum eligibility bar, [ ] ~~has~~ [✱] has not established a reasonable
       fear of persecution or torture that would entitle the alien to
       withholding of removal or protection under the Convention Against
       Torture. 8 C.F.R. § 1208.30(g)(1)(ii).

ORDER:  It is hereby ordered that the decision of the DHS immigration
        officer is:
            [✱] Affirmed.  The case is returned to the DHS for removal
                           of the alien, OR any other such action under the
            [ ] Vacated.   law within its authority.

This is a final order.  No appeal is available. INA § 235(b)(1)(C);
8 C.F.R. § 1003.42(f).   For reasons stated on the record to R.

Date: May 27, 2020
                                          _____
                                          RICO J. BARTOLOMEI
                                          Immigration Judge

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:
MAIL [M]  PERSONAL SERVICE [P]  ELECTRONIC SERVICE [E]
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [ ] ALIEN'S ATT/REP   [P] DHS
DATE: __5/28/20__  BY: COURT STAFF _____        UQ