**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 20-71582 | **Docketed:** 06/08/2020 |
| Hever Mendoza Linares v. Merrick Garland | |
| **Appeal From:** Board of Immigration Appeals | |
| **Fee Status:** IFP | |

**Case Type Information:**
   **1)** agency
   **2)** review
   **3)** San Diego Southern California

**Originating Court Information:**
   **District:** BIA-1 : A213-209-821
   **Date Filed:** 06/08/2020
   **Date Rec'd COA:**
   06/08/2020

**Prior Cases:**
   None

**Current Cases:**
   None

| | |
|---|---|
| HEVER ALBERTO MENDOZA LINARES (-: A213-209-821)<br>      Petitioner, | Brian Baran<br>Direct: 202-894-7310<br>Email: bbaran@reichmanjorgensen.com<br>[COR NTC Retained]<br>Reichman Jorgensen Lehman & Feldberg LLP<br>1710 Rhode Island Avenue, NW<br>12th Floor<br>Washington, DC 20036<br><br>Kate S. Falkenstien, Attorney<br>Direct: 650-623-1401<br>Email: kfalkenstien@reichmanjorgensen.com<br>[COR NTC Retained]<br>Reichman Jorgensen Lehman & Feldberg, LLP<br>100 Marine Parkway<br>Suite 300<br>Redwood Shores, CA 94065 |
| v. | |
| MERRICK B. GARLAND, Attorney General<br>      Respondent, | OIL<br>Email: Ninth.Circuit.OIL@usdoj.gov<br>[COR LD NTC Government]<br>DOJ - U.S. Department of Justice<br>Civil Division/Office of Immigration Litigation<br>P.O. Box 878, Benjamin Franklin Station<br>Washington, DC 20044<br><br>Aric Allan Anderson, Trial Attorney<br>Email: Aric.Anderson@usdoj.gov<br>[COR NTC Government]<br>DOJ - U.S. Department of Justice<br>Civil Division/Office of Immigration Litigation<br>P.O. Box 878, Benjamin Franklin Station<br>Washington, DC 20044 |

| HEVER ALBERTO MENDOZA LINARES, |
| --- |
|     Petitioner, |
| v. |
| MERRICK B. GARLAND, Attorney General, |
|     Respondent. |

| Date | # | Description |
|---|---|---|
| 06/08/2020 | 1 (0 pg, 0 KB) | FILED BIA Petition for Review and Motion for Stay. PRO SE. Pursuant to G.O. 6.4(c) A TEMPORARY STAY OF REMOVAL IS IN EFFECT pending further order. Petitioner detained? YES. Certified Administrative Record due 07/13/2020. Response to motion for stay due 08/03/2020 for William P. Barr, Attorney General. Petitioner opening brief due 09/11/2020 for Hever Alberto Mendoza Linares. Respondent brief due 11/10/2020 for William P. Barr, Attorney General. Optional reply brief is due 21 days from service of respondent brief. [11713719][COURT UPDATE: New Documents Attached, resent NDA,--[Edited 06/09/2020 by BY][HARD COPY REC'D on 6/25/20] (BY) [Entered: 06/08/2020 09:16 AM] |
| 06/08/2020 | 2 (0 pg, 0 KB) | Filed Petitioner Hever Alberto Mendoza Linares motion to proceed In Forma Pauperis. Deficiencies: None. Served on 06/08/2020. [11713725][COURT UPDATE: New Documents Attached, resent NDA,--[Edited 06/09/2020 by BY] (BY) [Entered: 06/08/2020 09:18 AM] |
| 06/08/2020 | 3 (0 pg, 0 KB) | Filed Petitioner Hever Alberto Mendoza Linares motion to appoint pro bono counsel. Deficiencies: None. Served on 06/08/2020. [11713730][COURT UPDATE: New Documents Attached, resent NDA,--[Edited 06/09/2020 by BY] (BY) [Entered: 06/08/2020 09:19 AM] |
| 06/11/2020 | 4 | Filed (ECF) notice of appearance of Aric Allan Anderson (U.S. Department of Justice, Civil Division, Office of Immigration Litigation, P.O. Box 878, Ben Franklin Station, Washington, DC 20044) for Respondent William P. Barr. Date of service: 06/11/2020. (Party was previously proceeding with counsel.) [11718106] [20-71582] (Anderson, Aric) [Entered: 06/11/2020 06:27 AM] |
| 06/11/2020 | 5 | Added Attorney(s) Aric Allan Anderson for party(s) Respondent William P. Barr, in case 20-71582. [11718204] (QDL) [Entered: 06/11/2020 08:43 AM] |
| 06/18/2020 | 6 (0 pg, 0 KB) | Filed (ECF) Respondent William P. Barr Motion to dismiss for lack of jurisdiction and Response opposing motion ([1] For Stay Removal Motion to stay removal). Date of service: 06/18/2020. [11725560] [20-71582] (Anderson, Aric) [Entered: 06/18/2020 05:42 AM] |
| 06/22/2020 | 7 | Mail returned on 06/22/2020 addressed to Hever Alberto Mendoza Linares, re: 06/08/2020 Case Opening Information [1]. Returned envelope notes: Return to sender, no longer in custody. Resending to: SLRDC - SAN LUIS REGIONAL DETENTION CENTER P.O. Box 7710 San Luis, AZ 85349. [11728968] --[Edited: Updated Address. 06/22/2020 by TYL] (JBS) [Entered: 06/22/2020 10:44 AM] |
| 07/22/2020 | 8 (0 pg, 0 KB) | Filed (ECF) Certified Administrative Record by Executive Office of Immigration Review. [11762884] [20-71582] (Executive Office Of Immigration Review, DOJ) [Entered: 07/22/2020 08:33 PM] |
| 11/16/2020 | 9 (0 pg, 0 KB) | Received notice of change of address dated 11/13/2020 from Hever Alberto Mendoza Linares. New address: Otay Mesa Detention Center, P.O. Box 439049, San Diego, CA 92143-9049. [11894757]--[Edited: address updated. 11/16/2020 by SLM] (QDL) [Entered: 11/16/2020 04:23 PM] |
| 11/16/2020 | 10 (0 pg, 0 KB) | Filed Petitioner Hever Alberto Mendoza Linares FORM 29 Request for copy of rules and docket sheet. Paper filing deficiency: None. (Sent petitioner copy of rules and docket sheet.) [11895722] (QDL) [Entered: 11/17/2020 11:32 AM] |
| 12/24/2020 | 11 | Willam P. Barr substituted by Jeffrey A. Rosen effective 12/24/2020 [Created 12/23/2020 by AUTOUPD] [11943054]. [20-71582] (CD) [Entered: 12/23/2020 07:21 PM] |
| 01/20/2021 | 12 | Jeffrey A. Rosen substituted by Robert M. Wilkinson effective 01/20/2021 [Created 01/22/2021 by AUTOUPD][11976076]. [20-71582] (CD) [Entered: 01/22/2021 11:01 AM] |
| 01/27/2021 | 13 (0 pg, 0 KB) | Filed (ECF) Respondent Robert M. Wilkinson Correspondence: pursuant to Circuit Rule 25-2, the motion to dismiss has been pending for more than seven months. Date of service: 01/27/2021 [11982634] [20-71582] (Anderson, Aric) [Entered: 01/27/2021 07:36 AM] |
| 03/11/2021 | 14 (2 pg, 181.43 KB) | Filed order (MILAN D. SMITH, JR., BRIDGET S. BADE and PATRICK J. BUMATAY) The motion to proceed in forma pauperis (Docket Entry No. [2]) is granted. The government's motion to dismiss this petition for review for lack of jurisdiction (Docket Entry No. [6]) is denied without prejudice to renewal of the arguments in the answering brief. See Nat'l Indus. v. Republic Nat'l Life Ins. Co., 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss). The motion for a stay of removal (Docket Entry No. [1]) is granted. See Nken v. Holder, 556 U.S. 418 (2009); Leiva-Perez v. Holder, 640 F.3d 962 (9th Cir. 2011). The stay of removal remains in place until issuance of the mandate. The motion for appointment of counsel (Docket Entry No. [3]) is denied. No motions for reconsideration, clarification, or modification of this denial will be entertained. The certified administrative record has been filed. The opening brief is due May 11, 2021. The answering brief is due July 12, 2021. The optional reply brief is due within 21 days after service of the answering brief. [12032525] (JPD) [Entered: 03/11/2021 01:48 PM] |
| 03/11/2021 | 15 | Robert M. Wilkinson substituted by Merrick B. Garland effective 03/11/2021 [Created 03/11/2021 by AUTOUPD][12036851]. [20-71582] (CD) [Entered: 03/11/2021 06:19 PM] |
| 04/28/2021 | 16 | **NOTICE:** Beginning May 1, 2021, all **new** counseled immigration petitions for review must be filed in the new Appellate Case Management System (ACMS). Chief Judge Sidney R. Thomas' April 23, 2021 administrative order regarding ACMS is available here. The announcement about ACMS is available on our website here.[12094038]. [20-71582] (CD) [Entered: 04/28/2021 10:13 PM] |

| Date | # | Description |
|---|---|---|
| 05/06/2021 | 17 | Filed (ECF) notice of appearance of Brian C. Baran (Reichman Jorgensen Lehman & Feldberg LLP, 1710 Rhode Island Ave NW, 12th Floor, Washington, DC 20036) for Petitioner Hever Alberto Mendoza Linares. Date of service: 05/06/2021. (Party was previously proceeding pro se.) [12105247] [20-71582] (Baran, Brian) [Entered: 05/06/2021 10:00 PM] |
| 05/07/2021 | 18 | Added Attorney(s) Brian Baran for party(s) Petitioner Hever Alberto Mendoza Linares, in case 20-71582. [12105301] (DJV) [Entered: 05/07/2021 07:42 AM] |
| 05/07/2021 | 19 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Petitioner Hever Alberto Mendoza Linares. New requested due date is 06/10/2021. [12106062] [20-71582] (Baran, Brian) [Entered: 05/07/2021 02:02 PM] |
| 05/07/2021 | 20 | **Streamlined request [19] by Petitioner Hever Alberto Mendoza Linares to extend time to file the brief is approved. Amended briefing schedule: Petitioner opening brief due 06/10/2021 for Hever Alberto Mendoza Linares. Respondent brief due 08/09/2021 for Merrick B. Garland, Attorney General. The optional reply brief is due 21 days from the date of service of the answering brief.** [12106084] (JN) [Entered: 05/07/2021 02:11 PM] |
| 05/07/2021 | 21 | Filed (ECF) notice of appearance of Kate M. Falkenstien (Reichman Jorgensen Lehman & Feldberg LLP, 100 Marine Parkway, Suite 300 Redwood Shores, CA 94065) for Petitioner Hever Alberto Mendoza Linares. Date of service: 05/07/2021. (Party was previously proceeding with counsel.) [12106170] [20-71582] (Falkenstien, Kate) [Entered: 05/07/2021 02:47 PM] |
| 05/07/2021 | 22 | Added Attorney(s) Kate S. Falkenstien for party(s) Petitioner Hever Alberto Mendoza Linares, in case 20-71582. [12106200] (DJV) [Entered: 05/07/2021 02:58 PM] |
| 06/10/2021 | 23 (0 pg, 0 KB) | Submitted (ECF) Opening Brief for review. Submitted by Petitioner Hever Alberto Mendoza Linares. Date of service: 06/10/2021. [12140378] [20-71582] (Baran, Brian) [Entered: 06/10/2021 11:37 AM] |
| 06/10/2021 | 24 (2 pg, 95.59 KB) | Filed clerk order: The opening brief [23] submitted by Hever Alberto Mendoza Linares is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: blue. The paper copies shall be submitted to the principal office of the Clerk. [12140630] (SML) [Entered: 06/10/2021 01:48 PM] |
| 06/16/2021 | 25 | Received 6 paper copies of Opening Brief [23] filed by Hever Alberto Mendoza Linares. [12146233] (SD) [Entered: 06/16/2021 02:23 PM] |
| 08/09/2021 | 26 (0 pg, 0 KB) | Submitted (ECF) Answering Brief for review. Submitted by Respondent Merrick B. Garland. Date of service: 08/09/2021. [12195471] [20-71582] (Anderson, Aric) [Entered: 08/09/2021 11:38 AM] |
| 08/09/2021 | 27 (2 pg, 95.2 KB) | Filed clerk order: The answering brief [26] submitted by Merrick B. Garland is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be submitted to the principal office of the Clerk. [12196107] (SML) [Entered: 08/09/2021 03:24 PM] |
| 08/12/2021 | 28 (1 pg, 32.65 KB) | Filed clerk order (Deputy Clerk: MC): This case is fully briefed and ready to assign to a panel. If the parties are considering an alternative resolution, they should notify the court before judges begin reviewing the merits. Within 7 days of this order, the parties are directed to file a request for appropriate relief, such as remand, or notify the court that they wish to proceed to decision. In lieu of separate responses, the parties may file a joint response or one party may file a response that includes the position of the other party. [12199633] (AF) [Entered: 08/12/2021 11:25 AM] |
| 08/16/2021 | 29 (0 pg, 0 KB) | Filed (ECF) Respondent Merrick B. Garland response to Court order dated 08/12/2021. Date of service: 08/16/2021. [12201899] [20-71582] (Anderson, Aric) [Entered: 08/16/2021 07:54 AM] |
| 08/16/2021 | 30 | Received 6 paper copies of Answering Brief [26] filed by Merrick B. Garland. [12202675] (SD) [Entered: 08/16/2021 02:24 PM] |
| 08/16/2021 | 31 | This case is being considered for an upcoming oral argument calendar in San Francisco<br><br>Please review the San Francisco sitting dates for December 2021 and the 2 subsequent sitting months in that location at http://www.ca9.uscourts.gov/court_sessions. If you have an unavoidable conflict on any of the dates, please file Form 32 **within 3 business days of this notice** using the CM/ECF filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions carefully.<br><br>When setting your argument date, the court will try to work around unavoidable conflicts; the court is not able to accommodate mere scheduling preferences. You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br><br>If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a letter **within 3 business days of this notice**, using CM/ECF (**Type of** |

| Date | Doc | Description |
|---|---|---|
| | | **Document**: Correspondence to Court; **Subject**: request for mediation).[12202786]. [20-71582] (KS) [Entered: 08/16/2021 03:01 PM] |
| 08/17/2021 | 32 0 pg, 0 KB | Filed (ECF) Respondent Merrick B. Garland Motion to lift stay of removal/deportation, Motion to expedite case. Date of service: 08/17/2021. [12203145] [20-71582] (Anderson, Aric) [Entered: 08/17/2021 04:43 AM] |
| 08/17/2021 | 33 | Filed (ECF) Streamlined request for extension of time to file Reply Brief by Petitioner Hever Alberto Mendoza Linares. New requested due date is 09/29/2021. [12203414] [20-71582] (Baran, Brian) [Entered: 08/17/2021 09:51 AM] |
| 08/17/2021 | 34 | **Streamlined request [33] by Petitioner Hever Alberto Mendoza Linares to extend time to file the brief is approved. Amended briefing schedule: the optional reply brief is due 09/29/2021.** [12203544] (JN) [Entered: 08/17/2021 11:02 AM] |
| 08/17/2021 | 35 1 pg, 102.31 KB | Filed clerk order (Deputy Clerk: SSR): No. 20-71582 is expedited and will be calendared as soon as possible. Respondent's streamlined request (Docket Entry No. [33]) for an extension of time to file the reply brief is approved. The optional reply brief is due September 29, 2021. No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances. Respondent's motion (Docket Entry No. [32]) to lift the stay of removal and any responses are referred to the panel assigned to consider the merits of this case. [12203672] (JPD) [Entered: 08/17/2021 11:59 AM] |
| 08/19/2021 | 36 0 pg, 0 KB | Filed (ECF) Petitioner Hever Alberto Mendoza Linares response to Court order dated 08/12/2021. Date of service: 08/19/2021. [12205937] [20-71582] (Baran, Brian) [Entered: 08/19/2021 11:45 AM] |
| 08/23/2021 | 37 0 pg, 0 KB | Filed (ECF) Petitioner Hever Alberto Mendoza Linares response to motion ([32] Motion (ECF Filing), [32] Motion (ECF Filing), [32] Motion (ECF Filing)). Date of service: 08/23/2021. [12209004] [20-71582] (Baran, Brian) [Entered: 08/23/2021 02:53 PM] |
| 09/26/2021 | 38 | Notice of Oral Argument on Tuesday, December 7, 2021 - 09:30 A.M. - Courtroom 3 - Scheduled Location: San Francisco CA.<br>The hearing time is the local time zone at the scheduled hearing location.<br><br>View the Oral Argument Calendar for your case **here**.<br><br>NOTE: Although your case is currently scheduled for oral argument, the panel may decide to submit the case on the briefs instead. *See* Fed. R. App. P. 34. Absent further order of the court, if the court does determine that oral argument is required in this case, you may have the option to appear in person at the Courthouse or remotely by video. Check here for updates on the status of reopening as the hearing date approaches. At this time, even when in person hearings resume, an election to appear remotely by video will not require a motion. The court expects and supports the fact that some attorneys and some judges will continue to appear remotely. If the panel determines that it will hold oral argument in your case, the Clerk's Office will contact you directly at least two weeks before the set argument date to review any requirements for in person appearance or to make any necessary arrangements for remote appearance.<br><br>Please note however that if you do elect to appear remotely, the court **strongly prefers** video over telephone appearance. Therefore, if you wish to appear remotely by telephone you will need to file a motion requesting permission to do so.<br><br>Be sure to review the **GUIDELINES** for important information about your hearing, including when to be available (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).<br><br>If you are the specific attorney or self-represented party who will be arguing, use the **ACKNOWLEDGMENT OF HEARING NOTICE** filing type in CM/ECF no later than 21 days before Tuesday, December 7, 2021. No form or other attachment is required. If you will not be arguing, do not file an acknowledgment of hearing notice.[12239137]. [20-71582] (KS) [Entered: 09/26/2021 06:16 AM] |
| 09/29/2021 | 39 0 pg, 0 KB | Submitted (ECF) Reply Brief for review. Submitted by Petitioner Hever Alberto Mendoza Linares. Date of service: 09/29/2021. [12243273] [20-71582] (Baran, Brian) [Entered: 09/29/2021 05:01 PM] |
| 09/29/2021 | 40 2 pg, 95.18 KB | Filed clerk order: The reply brief [39] submitted by Hever Alberto Mendoza Linares is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: gray. The paper copies shall be submitted to the principal office of the Clerk. [12243303] (SML) [Entered: 09/29/2021 05:21 PM] |
| 10/04/2021 | 41 | Received 6 paper copies of Reply Brief [39] filed by Hever Alberto Mendoza Linares. (sent to panel) [12246256] (SD) [Entered: 10/04/2021 11:22 AM] |
| 10/28/2021 | 42 1 pg, 31.54 KB | Filed clerk order (Deputy Clerk: OC): The Government's motion to lift the stay of removal, Docket No. [32], is DENIED. [12272126] (OC) [Entered: 10/28/2021 03:10 PM] |
| 10/29/2021 | 43 | Filed (ECF) Petitioner Hever Alberto Mendoza Linares citation of supplemental authorities. Date of service: 10/29/2021. [12273531] [20-71582] (Baran, Brian) [Entered: 10/29/2021 08:41 PM] |

| Date | Doc # | Description |
|---|---|---|
| | | 0 pg, 0 KB |
| 10/29/2021 | 44 | Filed (ECF) Acknowledgment of hearing notice by Attorney Brian Baran for Petitioner Hever Alberto Mendoza Linares. Hearing in San Francisco on 12/07/2021 at 09:30 A.M. (Courtroom: Courtroom 3). Filer sharing argument time: No. (Argument minutes: 15) Appearance in person or by video: Not an option for this hearing. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 10/29/2021. [12273533] [20-71582] (Baran, Brian) [Entered: 10/29/2021 08:48 PM] |
| 11/03/2021 | 45 | Filed (ECF) Acknowledgment of hearing notice by Attorney Mr. Aric Allan Anderson for Respondent Merrick B. Garland. Hearing in San Francisco on 12/07/2021 at 09:30 A.M. (Courtroom: courtroom 3). Filer sharing argument time: No. (Argument minutes: 15) Appearance in person or by video: Not an option for this hearing. Special accommodations: NO. Filer admission status: I certify that I am admitted to practice before this Court. Date of service: 11/03/2021. [12276581] [20-71582] (Anderson, Aric) [Entered: 11/03/2021 06:21 AM] |
| 11/15/2021 | 46  1 pg, 32.89 KB | Filed clerk order (Deputy Clerk: AF): The parties are directed to file simultaneous supplemental briefs, not to exceed 10 pages, on the effect, if any, of the amended opinion in Guerrier v. Garland, - F.4th -, 2021 WL 5226070, No. 20-70115 (9th Cir. Nov. 9, 2021), on the issues in this case. The briefs shall be filed within 14 days of the filed date of this order. [12286703] (AF) [Entered: 11/15/2021 09:36 AM] |
| 11/29/2021 | 47  0 pg, 0 KB | Submitted (ECF) Supplemental Brief for review. Submitted by Respondent Merrick B. Garland. Date of service: 11/29/2021. [12299785] [20-71582] (Anderson, Aric) [Entered: 11/29/2021 01:28 PM] |
| 11/29/2021 | 48  2 pg, 94.84 KB | Filed clerk order: The supplemental brief [47] submitted by Merrick B. Garland is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: tan. The paper copies shall be submitted to the principal office of the Clerk. [12299901] (LA) [Entered: 11/29/2021 02:06 PM] |
| 11/29/2021 | 49  0 pg, 0 KB | Submitted (ECF) Supplemental Brief for review. Submitted by Petitioner Hever Alberto Mendoza Linares. Date of service: 11/29/2021. [12300654] [20-71582] (Baran, Brian) [Entered: 11/29/2021 09:46 PM] |
| 11/30/2021 | 50  2 pg, 95.21 KB | Filed clerk order: The supplemental brief [49] submitted by Hever Alberto Mendoza Linares is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: tan. The paper copies shall be submitted to the principal office of the Clerk. [12300877] (SML) [Entered: 11/30/2021 09:46 AM] |
| 12/02/2021 | 51 | Received 6 paper copies of Supplemental Brief [49] filed by Hever Alberto Mendoza Linares. (sent to panel) [12303842] (SD) [Entered: 12/02/2021 11:46 AM] |
| 12/06/2021 | 52 | Received 6 paper copies of Supplemental Brief [47] filed by Merrick B. Garland. (sent to panel) [12306836] (SD) [Entered: 12/06/2021 01:40 PM] |
| 12/07/2021 | 53 | ARGUED AND SUBMITTED TO SUSAN P. GRABER, DANIEL P. COLLINS and JENNIFER CHOE-GROVES. [12308313] (WWP) [Entered: 12/07/2021 11:26 AM] |
| 12/07/2021 | 54  0 pg, 0 KB | Filed Audio recording of oral argument.  **Note:** Video recordings of public argument calendars are available on the Court's website, at http://www.ca9.uscourts.gov/media/  [12309887] (BJK) [Entered: 12/08/2021 11:41 AM] |
| 12/08/2021 | 55  2 pg, 127.09 KB | Filed order (SUSAN P. GRABER, DANIEL P. COLLINS and JENNIFER CHOE-GROVES)The parties are directed to file simultaneous supplemental briefs addressing both of the following questions: 1. Whether Petitioner has a colorable claim that the removal order in his case, although issued nominally pursuant to 8 U.S.C. § 1225(b)(1) without a hearing, does not "in fact" qualify as an order "under" § 1225(b)(1), because that order on its face did not apply the "credible fear" standard of § 1225(b)(1)(B)(v) but instead crossed out that text in the order. 2. Whether the district court that would have jurisdiction over habeas proceedings concerning Petitioner under 8 U.S.C. § 1252(e) would have jurisdiction to decide any such colorable claim by virtue of its authority to decide (a) "whether the petitioner was ordered removed under such section [i.e., § 1225(b)(1)]," see id. § 1252(e)(2), and (b) "whether such an order in fact was issued," id. § 1252(e)(5), and if so, whether this matter should be transferred to that court under 28 U.S.C. § 1631. In answering this question, the parties should identify which district court would have any such jurisdiction in this case. The briefs shall be filed within 21 days of the filing date of this order, and they shall not exceed 15 pages. [12310103] (OC) [Entered: 12/08/2021 01:35 PM] |
| 12/29/2021 | 56  0 pg, 0 KB | Submitted (ECF) Supplemental Brief for review. Submitted by Respondent Merrick B. Garland. Date of service: 12/29/2021. [12327084] [20-71582] (Anderson, Aric) [Entered: 12/29/2021 12:29 PM] |
| 12/29/2021 | 57  0 pg, 0 KB | Submitted (ECF) Supplemental Brief for review. Submitted by Petitioner Hever Alberto Mendoza Linares. Date of service: 12/29/2021. [12327552] [20-71582] (Baran, Brian) [Entered: 12/29/2021 08:27 PM] |
| 12/30/2021 | 58  2 pg, 95.71 KB | Filed clerk order: The supplemental brief [56] submitted by Merrick B. Garland is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification |

| | | |
|---|---|---|
| | | (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: tan. The paper copies shall be submitted to the principal office of the Clerk. [12327900] (JMR) [Entered: 12/30/2021 12:00 PM] |
| 12/30/2021 | ☐ 59<br>2 pg, 95.69 KB | Filed clerk order: The supplemental brief [57] submitted by Hever Alberto Mendoza Linares is filed. Within 7 days of the filing of this order, filer is ordered to file 6 copies of the brief in paper format, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. Cover color: tan. The paper copies shall be submitted to the principal office of the Clerk. [12327903] (JMR) [Entered: 12/30/2021 12:02 PM] |
| 01/05/2022 | ☐ 60 | Received 6 paper copies of Supplemental Brief [57] filed by Hever Alberto Mendoza Linares. (Sent to panel). [12331902]--[Edited 01/05/2022 by CPA] (CPA) [Entered: 01/05/2022 11:34 AM] |
| 01/10/2022 | ☐ 61 | Received 6 paper copies of Supplemental Brief [56] filed by Merrick B. Garland. (Sent to panel). [12335527] (CPA) [Entered: 01/10/2022 10:44 AM] |

Clear All

○ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0      **Selected Size:** 0 KB
Totals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 05/02/2022 08:18:49 | | | |
| **PACER Login:** | amessuri | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 20-71582 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |