# Otay Mesa Detention Center

7488 Calzada De La Fuente
San Diego, CA 92154
(619) 671-8700



| | | |
|---|---|---|
| **Patient:** MENDOZA-LINARES, HEVER ALBERTO | | **Age:** 36 years |
| **EMRN:** 5723022 | | **DOB:** 04/18/1986 |
| **OMRN:** 5723022 | | **Home:** |

## Immunization Series Record

| Immunization | Brand Name | Series # | Date (Age) | Status Type | Annotations |
|---|---|---|---|---|---|
| Janssen COVID-19 Vaccine 0.5 ML Intramuscular Suspension | | 1 | 06-Aug-2021 | Admin | |
| Moderna COVID-19 Vaccine 100 MCG/0.5ML Intramuscular Suspension | | 2 | 15-Dec-2021 | Admin | |

| | | | |
|---|---|---|---|
| Printed By: | Gonzalez, Magdalena | 1 of 1 | 04/25/2022  04:29 PM |