PRISCILLA MERIDA
California State Bar No. 328501
AL OTRO LADO, INC.
511 San Ysidro Blvd. #333
San Ysidro, California 92173
Telephone: 619-942-6238
Email: priscilla@alotrolado.org

*Pro Bono* Attorney for Petitioner
HEVER ALBERTO MENDOZA LINARES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEVER ALBERTO MENDOZA LINARES,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, United States Attorney General, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; JAMES DOBSON, Otay Mesa Detention Center Officer in Charge, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Respondents. | Case No.: 3:21-cv-01169-BEN-AHG<br><br>**TABLE OF CONTENTS FOR TRAVERSE - EXHIBITS** |

EXHIBIT 1   UCSD Health February 2022 Records        1-14

EXHIBIT 2   Notices to Mr. Mendoza                   15-16