# UC San Diego Health

**MESSAGE CENTER (All locations): (619) 543-6737**

- 200 West Arbor Drive - San Diego, CA 92103
- 9300/3350/9400 Campus Point Drive - La Jolla, CA 92037
- 330 Lewis Street - San Diego, CA 92103
- 3855/3960 Health Sciences Drive - La Jolla, CA 92093
- 9909 Mira Mesa Blvd., Ste. 200 - San Diego, CA 92131
- 7910 Frost Street - San Diego, CA 92123
- 8939/8950 Villa La Jolla Drive - La Jolla, CA 92037
- 9415 Campus Point Drive - La Jolla, CA 92093
- 9333 Genessee Ave. - San Diego - CA 92121
- 9434 Medical Center Drive - La Jolla, CA 92093

Electronically signed by Leslie Bee-Emel Sapideh Gilani, M.D. Feb 2 2022 9:29AM PST Author 2/12/2022

CA Lic. #G80720
DEA #BG4421474
NPI #1003825571

**\*DO NOT USE PATIENT LABEL (STICKER)\***
**\*WRITING MUST BE LEGIBLE\***

| PATIENT ADDRESS | PATIENT NAME (LAST, FIRST) |
|---|---|
| | Mendoza Lingves |
| Schedule 2 medications are not refillable | MEDICAL RECORD # |
| | 31629995 |

| DRUG-STRENGTH | DIRECTIONS | UNITS | QUANTITY | |
|---|---|---|---|---|
| | Please send patient to GI | | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 and over | ☐ DO NOT SUBSTITUTE |
| | | | Refills ☐0 ☐1 ☐2 ☐3 ☐4 | |
| | | | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 and over | ☐ DO NOT SUBSTITUTE |
| | | | Refills ☐0 ☐1 ☐2 ☐3 ☐4 | |
| | | | ☐1-24 ☐25-49 ☐50-74 ☐75-100 ☐101-150 ☐151 and over | ☐ DO NOT SUBSTITUTE |
| | | | Refills ☐0 ☐1 ☐2 ☐3 ☐4 | |

PRESCRIBING PRACTITIONER'S SIGNATURE

DATE 2/7/22

UCSD PID #

Lot No. 16-Y036-00144
Serial# MSY036A04644

Prescription is void if the number of drugs prescribed is not noted.
No. of Drugs Prescribed _____ No refills for Schedule II

SP08
DPMO- (1/2020)

MINUTEMAN PRESS of SAN DIEGO 619-295-8070

EXHIBIT 1    1

UCSD-05  2/7/2022 12:39:47 PM  PAGE  1/005  Fax Server
Electronically signed by Tezita Ba-Emnet PA-C Feb 12 2022 9:29AM PST Author 2/12/2022

# UC San Diego Health

Sean Shahzad Dailami-Pour, MD
7488 Calzada De La Fuente
SAN DIEGO CA 92154

Date: February 7, 2022
RE: Hever Alberto Mendoza Linares
MRN: 31629995
DOB: 4/18/1986  GENDER: male

Comments:

The information contained in this document is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient or the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the content of this telecopied information is strictly prohibited. If you have received this copy in error, please immediately notify us by telephone at 619-543-6631 to arrange for return of the original documents to us.

UCSD HILLCREST MON SURGERY HEAD/NECK | 200 W. Arbor Dr. 3rd Floor, Suite 2
UC San Diego
San Diego CA 92103
TEL: 619-543-6631
FAX: 619-543-6532 | Tel: 619-543-6631

EXHIBIT 1                              2

# UC San Diego Health

Hever Alberto Mendoza Linares | MRN: 31629995 | DOB: 4/18/1986

February 7, 2022
Date of Service: 2/7/2022
Reason for referral: Follow Up (per pt has acid reflux that has not gotte better, everything he eats gets stuck and feels like he is sufficating. pt spit up blood 01/11/21)

Otolaryngology
Head and Neck Surgery
Facial Plastic and Reconstructive Surgery

Hever Alberto Mendoza Linares

31629995
4/18/1986

Dear Rae Felice Boganey,

I had the pleasure of seeing your patient in the office today. The patient has had throat discomfort and fullness for 3+ years. The condition started around 2017 without inciting event. The patient has some dysphagia to liquids and solids but he has no odynophagia. Conservative precautions have been tried in the past, however patient is incarcerated since 2/2020 and has been on medication. The patient has not been on PPIs. The patient has not been on H2-blockers. There is globus symptoms present. The patient has not been to a GI specialist. There is no history of allergies. There is a history of smoking but not since 2/2020.

Has a habitual cough and had hemoptysis twice.

Has episodes of his throat closing off


No past medical history on file.

No past surgical history on file.

Current Outpatient Medications

| Medication | Sig |
|---|---|
| celecoxib (CELEBREX) 200 MG capsule | Take 1 capsule (200 mg) by mouth 2 times daily. |
| docusate sodium (COLACE) 100 MG capsule | Take 1 capsule (100 mg) by mouth 2 times daily. |
| famotidine (PEPCID) 20 MG tablet | Take 1 tablet (20 mg) by mouth 2 times daily. |

UCSD HILLCREST MON SURGERY HEAD/NECK
200 W ARBOR DR 3RD FLOOR, SUITE 2
UC SAN DIEGO
SAN DIEGO CA 92103
TEL 619-543-6631
FAX: 619-543-6632

Page 2 of 5

EXHIBIT 1                    3

# UC San Diego Health

Hever Alberto Mendoza Linares | MRN:31629995
- tamsulosin (FLOMAX) 0.4 MG    Take 1 capsule (0.4 mg) by mouth daily.
  capsule

No current facility-administered medications for this visit.

Allergies: No Known Allergies

Social History

Tobacco Use
- **Smoking status:**         Not on file
- **Smokeless tobacco:**      Not on file

Substance Use Topics
- Alcohol use:                Not on file
- Drug use:                   Not on file

No family history on file.

Occupation: Prisoner at ICE facility Otay Mesa

ROS: 12 systems negative except for that above
No fevers, chills, ear pain, cough, heartburn, stiffness, rash, numbness, bruising, tension, sweating, hay fever

Vitals:
                    02/07/22 0920
BP:                 125/80
BP Location:        Left arm
BP Patient          Sitting
Position:
Pulse:              65
Resp:               16
Temp:               97.8 °F (36.6 °C)
TempSrc:            Temporal
SpO2:               100%
Weight:             64.4 kg (142 lb)

PHYSICAL EXAMINATION: Today, he is well-appearing
General: No acute distress, alert and oriented, unrestrained voice
Skin: warm and dry
Eyes: EOMI, PERRL
Face: CN7 no droop no deficit

UCSD HILLCREST MON SURGERY HEAD/NECK
200 W. ARBOR DR 3RD FLOOR, SUITE 2
UC SAN DIEGO
SAN DIEGO CA 92103
TEL: 619-543-6631
FAX: 619-543-6532

# UC San Diego Health

Hever Alberto Mendoza Linares | MRN:31629995

Ears: tms, canals, external appearance healthy
Nose: septum with curvature, turbinates moist
OC/OP: mucous membranes moist no lesions
Lips, gums, dentition, mucosa, pharyngeal walls: no lesions
Salivary glands: no masses
Thyroid: not enlarged
Neck: no cervical supraclavicular adenopathy
Chest: no intercostal retractions
Neuro: no tremor
Cardio: wrist pulse regular
Larynx: Risks and benefits were explained. The patient was verbally consented. The flexible fiberoptic scope was inserted in the nasal cavity. The patient had interaryentoid edema. Vocal cord motion was full and symmetric. The patient tolerated the procedure well. Vallecula, piriform sinuses and base of tongue had no lesions. There is cobblestoned mucosa on the posterior pharyngeal wall has improved since the last visit.

No results found for: CO19, COV19RAASSAY, COV2PCRRRL, COVR2019, COVID19PRCLC, COVD19ORSQST, ZCOVR, COV19QUESPCR, SCOVR1, SCOVR2, COV2RNAQUEST, COVID19PANSA, COV2E484K, COV2N501Y, COV26970DEL, COVIDLINEAGE
No results found for: SARSCOV2IGG, SARSCOV2IGM, COVIGR

IMPRESSION/PLAN:
Laryngospasm: I counseled the patient about the condition. The patient may continue with the H2 blocker. I discussed relaxation techniques in the event that laryngospasm occurs again.

Laryngopharyngeal reflux/cough: .H2 blocker therapy -Please see GI next. I counseled patient about the condition.

Globus and mucous sensation: The patient is not on PPI. PPI will relieve these symptoms, however it may take many months. He will need to see GI. This recommendation will be put in the after visit summary

Tic type cough: This is habitual.

Thank you for entrusting me with the care of your patient. Should you have any questions or concerns, please feel free to contact me.

Regards,

Sapideh Gilani, MD

UCSD HILLCREST MON SURGERY HEAD/NECK
200 W ARBOR DR 3RD FLOOR, SUITE 2
UC SAN DIEGO
SAN DIEGO CA 92103
TEL: 619 543-6631
FAX: 619-543 6632

UCSD-05                    2/7/2022 12:39:47 PM    PAGE    5/005    Fax Server

# UC San Diego Health

Hever Alberto Mendoza Linares | MRN:31629995
Associate Professor
Division of Otolaryngology - Head and Neck Surgery
Facial Plastic and Reconstructive Surgery

Sincerely,

Sapideh Gilani, MD
Signature Derived From Controlled Access Password, February 7, 2022 12:38 PM

UCSD HILLCREST MON SURGERY HEAD/NECK
200 W ARBOR DR 3RD FLOOR, SUITE 2
UC SAN DIEGO
SAN DIEGO CA 92103
TEL: 619 543 6631
FAX: 619 543 6533

Page 5 of 5

EXHIBIT 1                                        6

Electronically signed by Tezita Be-Emnet PA-C Feb 12 2022 9:30AM PST Author 2/12/2022

# RESUMEN DE LA VISITA

UC San Diego Health

**Hever A. Mendoza Linares** MRN: 31629995 Fecha de nacimiento: 4/18/1986
2/7/2022 9:40 AM  UCSD HILLCREST MON SURGERY HEAD/NECK 619-543-6631

**Instrucciones** de Sapideh Gilani, MD

Please send the patient to GI for work up of LPR. He has had stomach pain and difficulty with his swallowing.

Please send a copy of today's note with the patient.

## Visita de hoy

Usted vio a Sapideh Gilani, MD el lunes febrero 7, 2022 para: Follow Up. Los siguientes asuntos fueron tratados: *Laryngopharyngeal reflux (LPR), Laryngospasm, Cough.*

Presión sanguínea
125/80

Peso
142 lb

Temperatura (Temporal)
97.8 °F

Pulso
65

Respiración
16

Saturación de oxígeno
100%

## ¿Qué sigue?

Actualmente no tiene ninguna cita programada.

## Datos demográficos del paciente

Dirección
7488 Calzada De La Fuente
SAN DIEGO CA 92154

Teléfono
619-661-4058 (Home) *Preferred*
999-999-9999 (Mobile)

Su lista de medicamentos  a partir del febrero 7, 2022 10:01 AM

ⓘ Siempre use su lista de medicamentos más reciente.

|  | Por la mañana | Por la tarde | Por la noche | Al acostarse |
|---|---|---|---|---|

**celecoxib** 200 MG capsule
También conocido como: CELEBREX
Tome una cápsula (200 mg) por vía oral 2 veces al día.
Cantidad: 60 capsule

**docusate sodium** 100 MG capsule
También conocido como: COLACE
Tome una cápsula (100 mg) por vía oral 2 veces al día.
Cantidad: 60 capsule

**famotidine** 20 MG tablet
También conocido como: PEPCID
Tome una tableta (20 mg) por vía oral 2 veces al día.
Cantidad: 60 tablet

**tamsulosin** 0.4 MG capsule
También conocido como: Flomax
Tome 1 capsula (0.4 mg) por via oral diariamente.
Cantidad: 30 capsule

## MyChart

Sign up for access to our MyUCSDChart patient web portal. With an account, you can access your health information online, view most lab test results, securely exchange messages with your clinic, request appointments, access our free mobile app, and more.

To sign up for MyUCSDChart, please call Customer Support at 619-543-5220 (24/7)) or visit our web page at myucsdchart.ucsd.edu and click "Sign Up Now". Or, click Create Account if activation code provided below.

Activation code not generated
Current MyChart Status: Patient Declined

## Volver a llenar los medicamentos

Comuníquese con su farmacia para ver si tiene resurtidos restantes en su receta. Si no hay resurtidos disponibles, espere 3 días hábiles para que la farmacia solicite resurtidos adicionales.

## Tiene alergias a lo siguiente

No tiene alergias

## Insurance Coverage Disclaimer

Please note that any screening tests ordered are recommended, but you must check into your insurance coverage prior to undergoing these tests as your insurance may not cover them in your plan.

## Insurance Coverage Disclaimer (continuación)

If your health care is delivered through a health maintenance organization (HMO), then please get confirmation from our staff of insurance approval before undergoing any tests or receiving care.

### ⊞ Health Maintenance Summary

Full history report not available

| | |
|---|---|
| Hepatitis C Screening (Once) | Overdue - never done |
| PHQ2 depression screen (Yearly) | Overdue - never done |
| Tetanus (1 - Tdap) | Overdue - never done |
| Influenza (1) | Overdue - never done |
| COVID-19 Vaccine (2 - Moderna 3-dose series) | Overdue since 1/12/2022 |
| Polio Vaccine | Aged Out |
| HPV Vaccine <= 26 Yrs | Aged Out |
| Meningococcal MCV4 Vaccine | Aged Out |
| Pneumococcal Vaccine | Aged Out |

### Additional Information

For more information about any of your health conditions, logon to your MyChart and search our Health Library section or visit our website at http://health.ucsd.edu/healthinfo

If you or a loved one would like information on how to quit smoking or about suicide prevention, call:
- California Smokers' and Chewers' Helpline: 1-800-NO-BUTTS
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- San Diego Access and Crisis Line: 1-888-724-7240

Daily Summary of Test Results Available on MyChart
If you have a MyChart account, you can now receive a single, daily notification of any new test results. Our new Daily Digest makes it easy and convenient for you to receive any new test result notifications once a day between 8 and 10 a.m., Monday through Friday, excluding holidays.

Prepare for your Care
UC San Diego Health asks all of our patients to have a voice in your medical care by spending a few moments on https://prepareforyourcare.org where you can learn about and complete your advance directives in just a few easy steps.

Billing and Insurance Information
We're here to help. For billing questions. Call **855-827-3633**, 9a.m. to 6 p.m. Weekdays, or email askus@ucsd.edu

Requests for Continuing Care Document
You can download an electronic copy of your Continuing Care Document, a summary of your health information at UC San Diego Health. Log on to MyUCSDChart (https://myucsdchart.ucsd.edu) and go to **Your Menu > Document Center > Visit Records**.

If you do not have MyUCSDChart and are interested signing up, please call MyUCSDChart Customer Service at (619) 543-5220 (24/7).

Hever A. Mendoza Linares (MRN: 31629995) • Printed by [ZNA] at 2/7/22 10:01 AM          Page 4 of 8  Epic

## Your feedback is important to us

We strive to provide every patient with an exceptional patient care experience. In the next few days, you may receive an email or phone survey about your most recent visit. Your feedback is important to us, and we ask that you please complete this survey to help us enhance the experience at UC San Diego Health for all of our patients. You may also call our We Listen line at (619) 543-5678 to share compliments, concerns or suggestions. Please call your physician's office for any medical concerns. If you have a medical emergency, call 911. Thank you!

EXHIBIT 1                              10

UC San Diego Health

# AFTER VISIT SUMMARY
**Hever A. Mendoza Linares**  MRN: 31629995  Date of Birth: 4/18/1986
📅 2/7/2022  9:40 AM  📍 UCSD HILLCREST MON SURGERY HEAD/NECK  619-543-6631

**Instructions** from Sapideh Gilani, MD
Please send the patient to GI for work up of LPR. He has had stomach pain and difficulty with his swallowing.

Please send a copy of today's note with the patient.

## Today's Visit
You saw Sapideh Gilani, MD on Monday February 7, 2022 for: Follow Up. The following issues were addressed: Laryngopharyngeal reflux (LPR), Laryngospasm, and Cough.

**Blood Pressure**
125/80

**Weight**
142 lb

**Temperature (Temporal)**
97.8 °F

**Pulse**
65

**Respiration**
16

**Oxygen Saturation**
100%

## What's Next
You currently have no upcoming appointments scheduled.

## Patient Demographics
Address
7488 Calzada De La Fuente
SAN DIEGO CA 92154

Phone
619-661-4058 (Home) *Preferred*
999-999-9999 (Mobile)

Your Medication List as of February 7, 2022 10:01 AM

ⓘ Always use your most recent med list.

| | Morning | Afternoon | Evening | Bedtime |
|---|---|---|---|---|

**celecoxib** 200 MG capsule
Commonly known as: CELEBREX
Take 1 capsule (200 mg) by mouth 2 times daily.
Quantity: 60 capsule

**docusate sodium** 100 MG capsule
Commonly known as: COLACE
Take 1 capsule (100 mg) by mouth 2 times daily.
Quantity: 60 capsule

**famotidine** 20 MG tablet
Commonly known as: PEPCID
Take 1 tablet (20 mg) by mouth 2 times daily.
Quantity: 60 tablet

**tamsulosin** 0.4 MG capsule
Commonly known as: Flomax
Take 1 capsule (0.4 mg) by mouth daily.
Quantity: 30 capsule

## MyChart

Sign up for access to our MyUCSDChart patient web portal. With an account, you can access your health information online, view most lab test results, securely exchange messages with your clinic, request appointments, access our free mobile app, and more.

To sign up for MyUCSDChart, please call Customer Support at 619-543-5220 (24/7)) or visit our web page at myucsdchart.ucsd.edu and click "Sign Up Now". Or, click Create Account if activation code provided below.

Activation code not generated
Current MyChart Status: Patient Declined

## Medication Refills

Please contact your pharmacy to see if you have refills remaining on your prescription. If no refills are available, allow 3 business days for the pharmacy to request additional refills.

## You are allergic to the following
No active allergies

## Insurance Coverage Disclaimer

Please note that any screening tests ordered are recommended, but you must check into your insurance coverage prior to undergoing these tests as your insurance may not cover them in your plan.

## Insurance Coverage Disclaimer (continued)

If your health care is delivered through a health maintenance organization (HMO), then please get confirmation from our staff of insurance approval before undergoing any tests or receiving care.

### ⊞ Health Maintenance Summary

Full history report not available

| | |
|---|---|
| Hepatitis C Screening (Once) | Overdue - never done |
| PHQ2 depression screen (Yearly) | Overdue - never done |
| Tetanus (1 - Tdap) | Overdue - never done |
| Influenza (1) | Overdue - never done |
| COVID-19 Vaccine (2 - Moderna 3-dose series) | Overdue since 1/12/2022 |
| Polio Vaccine | Aged Out |
| HPV Vaccine <= 26 Yrs | Aged Out |
| Meningococcal MCV4 Vaccine | Aged Out |
| Pneumococcal Vaccine | Aged Out |

## Additional Information

For more information about any of your health conditions, logon to your MyChart and search our Health Library section or visit our website at http://health.ucsd.edu/healthinfo

If you or a loved one would like information on how to quit smoking or about suicide prevention, call:
- California Smokers' and Chewers' Helpline: 1-800-NO-BUTTS
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- San Diego Access and Crisis Line: 1-888-724-7240

## Daily Summary of Test Results Available on MyChart

If you have a MyChart account, you can now receive a single, daily notification of any new test results. Our new Daily Digest makes it easy and convenient for you to receive any new test result notifications once a day between 8 and 10 a.m., Monday through Friday, excluding holidays.

## Prepare for your Care

UC San Diego Health asks all of our patients to have a voice in your medical care by spending a few moments on https://prepareforyourcare.org where you can learn about and complete your advance directives in just a few easy steps.

## Billing and Insurance Information

We're here to help. For billing questions. Call **855-827-3633**, 9a.m. to 6 p.m. Weekdays, or email askus@ucsd.edu

## Requests for Continuing Care Document

You can download an electronic copy of your Continuing Care Document, a summary of your health information at UC San Diego Health. Log on to MyUCSDChart (https://myucsdchart.ucsd.edu) and go to **Your Menu > Document Center > Visit Records**.

If you do not have MyUCSDChart and are interested signing up, please call MyUCSDChart Customer Service at (619) 543-5220 (24/7).

Your feedback is important to us

We strive to provide every patient with an exceptional patient care experience. In the next few days, you may receive an email or phone survey about your most recent visit. Your feedback is important to us, and we ask that you please complete this survey to help us enhance the experience at UC San Diego Health for all of our patients. You may also call our We Listen line at (619) 543-5678 to share compliments, concerns or suggestions. Please call your physician's office for any medical concerns. If you have a medical emergency, call 911. Thank you!