February 15, 2022

2022-2610-00098-G

MENDOZA-LINARES, HEVER ALBERTO

A# 213209821

You were seen today by NP Nobleza and provider referring you to GI specialist per ENT recommendations you will be sent as ordered by provider.

Usted fue vista hoy par NP Nobleza y el proveedor lo refirió al especialista Gastroenterologas por las recomendaciones de otorrinolaringologfa que se le enviaran segun lo ordenado por el proveedor.



EXHIBIT 2                                                                15

February 18, 2022
2022-2610-00104-G
MENDOZA-LINARES, HEVER ALBERTO
A# 213209821

Grievance Officer's (GO) Review/Decision:

Seen by ENT 2/7/22.

*Provider will* hold off GI Referral to monitor effective\y of therapy first.

2/14/22 Started on protonix.

Detainee aware that will take ordered medication tx.


Revision/Decision del Oficial de Quejas (GO):

Visto por ENT 2/7/22. El proveedor suspendera la derivación gastroenteróloga para monitorear efectivamente la terapia primero. 14/02/22 Comenzó con protonix. Detenido consciente de que tomara el tratamiento medico ordenado.

EXHIBIT 2                16